**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6889**

———————

MARK ULYSSES KNIGHTNOR,

                              Plaintiff - Appellant,

        versus

WARDEN STEPHEN DOTSON; CHIEF SELMAN; AWHP
BEALER; CCA; RUFUS FLEMINGS,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-03-173-2)

———————

Submitted:  September 11, 2003     Decided:  September 24, 2003

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Mark Ulysses Knightnor, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Ulysses Knightnor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Knightnor v. Dotson, No. CA-03-173-2 (E.D. Va. May 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED